**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
## 24-20242-CR-SINGHAL/STRAUSS
Case No. _____

18 U.S.C. § 1028(f)
18 U.S.C. § 1028(a)(1)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1028(b)(5)
18 U.S.C. § 1028(g)

> FILED BY_____ *MP* _____D.C.
>
> *Jun 6, 2024*
>
> ANGELA E. NOBLE
> CLERK U.S. DIST. CT.
> S. D. OF FLA. - Miami

**UNITED STATES OF AMERICA**

**vs.**

**CURTIS ANTHONY BERRYHILL,**

**Defendant.**
_____ /

## INFORMATION

The United States Attorney charges that:

### COUNT 1
### Conspiracy to Unlawfully Produce Identification Documents
### (18 U.S.C. § 1028(a)(1) and (f))

From as early as January 2018, the exact date being unknown to the Grand Jury, through

on or about June 3, 2022, in Miami-Dade and Broward Counties, in the Southern District of

Florida, and elsewhere, the defendant,

### CURTIS ANTHONY BERRYHILL,

did knowingly and willfully combine, conspire, confederate, and agree with others, to knowingly

and without lawful authority produce identification documents, that is, genuine but unlawfully

issued Florida driver licenses, in and affecting interstate and foreign commerce, and, in violation

of Title 18, United States Code, Section 1028(a)(1); all in violation of Title 18, United States Code,

Section 1028(f).

## FORFEITURE ALLEGATIONS

1.      The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **CURTIS ANTHONY BERRYHILL,** has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 1028, as alleged in this Information, the defendant shall forfeit to the United States: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1028(b)(5).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1028(b)(5), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1028(g).


MARKENZY LAPOINTE
UNITED STATES ATTORNEY


JONATHAN D. STRATTON
ASSISTANT UNITED STATES ATTORNEY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

v.

CURTIS ANTHONY BERRYHILL,

_____/
Defendant.

**CASE NO.: 24-20242-CR-SINGHAL/STRAUSS**

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☒ Miami   ☐ Key West   ☐ FTP
☐ FTL   ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No_____
   List language and/or dialect: _____

4. This case will take ___0___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    ☒  0 to  5 days
   II   ☐  6 to 10 days
   III  ☐ 11 to 20 days
   IV   ☐ 21 to 60 days
   V    ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No____
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No____
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes___
   If yes, Judge Altonaga_____ Case No. 22-cr-20279-CMA_____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No____
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No____
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No____
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No____

By: _____
JONATHAN STRATTON
Assistant United States Attorney
FL Bar No.      93075

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   Curtis Anthony Berryhill

**Case No**:

Count #: 1

Conspiracy to Unlawfully Produce Identification Documents

Title 18, United States Code, Section 1028(a)(1) and (f)
* **Max. Term of Imprisonment:** 15 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**